**Opinion issued February 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00130-CV**

————————————

**IN RE CALEB BURKE, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

**MEMORANDUM OPINION**

Relator Caleb Burke has filed a petition for writ of habeas corpus contending that the trial court's order summoning him to testify in California violates due process.[1]

We deny the petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *The People of the State of California v. David Burke*, cause number CV26-02-0027-A, pending in the 506th District Court of Waller County, Texas, the Honorable Gary W. Chaney presiding.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.